442 P.2d 83

**STATE of Arizona ex rel. Robert K. COR-BIN, County Attorney for Maricopa County, Petitioner,**

**v.**

**SUPERIOR COURT of the State of Arizona IN AND FOR the COUNTY OF MARICOPA; Morris Rozar, Judge of the Superior Court of the State of Arizona in and for the County of Maricopa, Division No. 18; William Henry HULL, real party in Interest, Respondents.**

**No. 9325.**

Supreme Court of Arizona.

In Banc.

June 11, 1968.

Robert K. Corbin, County Atty. for Maricopa County, and Larry L. Debus, Deputy County Atty., Phoenix, for petitioner.

Stewart & Pickrell, Phoenix, for respondents.

PER CURIAM:

The application for the writ of prohibition is granted and the writ is made permanent. Rule 142, Rules of Criminal Procedure, 17 A.R.S.; State v. Intogna, 101 Ariz. 275, 419 P.2d 59; State v. Woolery, 93 Ariz. 76, 378 P.2d 751.

McFARLAND, C. J., UDALL, V. C. J., and STRUCKMEYER, BERNSTEIN and LOCKWOOD, JJ., concur.